UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FLORENCIA CIPRIANO-PIOQUINTO,
on behalf of herself and those similarly
situated and REVERIANO GARCIA,

        Plaintiffs,

vs.

TFS FACILITY SERVICES GEORGIA,
LLC, a Georgia Limited Liability Company,

        Defendant.

CIVIL ACTION FILE

NO. 1:15-cv-2055-AT

## D E F A U L T   J U D G M E N T

This action having come before the Court, the Honorable Amy Totenberg, United States District Judge, for consideration of the Plaintiffs' Motion for Default Judgment, and the Court having **GRANTED** the Motion for Default Judgment, it is hereby

**ORDERED AND ADJUDGED** that default judgment is entered in favor of Plaintiff Florencia Cipriano-Pioquinto and against Defendant TFS Facility Services Georgia, LLC in the amount of $16,217.60; in favor of Plaintiff Reberiano Garcia and against Defendant TFS Facility Services Georgia, LLC in the amount of $12,163.20; and in favor of Plaintiffs against Defendant for litigation expenses in the total amount of $575.02.

Dated at Atlanta, Georgia this 11th day of September, 2015.

                              JAMES N. HATTEN
                              CLERK OF COURT

                By:    s/ James Jarvis
                            Deputy Clerk

Prepared and entered
in the Clerk's Office
September 11, 2015
James N. Hatten
Clerk of Court
By:    s/ James Jarvis
        Deputy Clerk